■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO MALDONADO, Appellant. [913 NYS2d 118]—Appeal from an order of the Supreme Court, Monroe County (Thomas M. Van Strydonck, J.), entered March 2, 2009. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act following a redetermination hearing.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni and Sconiers, JJ.